In the Matter of ANDREE KINGSTON, Respondent, v. ROBERT ANHALT, Appellant.—

Beldock, Acting P. J., Ughetta, Christ, Pette and Brennan, JJ., concur. Motion for reargument denied. Motion for a stay denied. Nolan, P. J., Beldock, Ughetta, Kleinfeld and Christ, JJ., concur.